■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCAS SANTANA, Appellant. [885 NYS2d 240]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (J. Doyle, J.), imposed September 18, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Spolzino, J.P., Florio, Dickerson and Hall, JJ., concur.